■ MARCEL BEAUDU, Respondent, v SAFECO INSURANCE Co., Appellant.— In an action on an insurance policy, defendant appeals from an order of the Supreme Court, Queens County, dated December 15, 1975, which denied its motion to dismiss the complaint. Order reversed, on the law, with $50 costs and disbursements, and motion granted. No findings of fact were presented for review. Plaintiff's delay in commencing this action was not attributable to the alleged inequitable conduct of the defendant (see *Proc v Home Ins. Co.,* 17 NY2d 239; *Fotochrome, Inc. v American Ins. Co.,* 26 AD2d 634, affd 23 NY2d 889). Cohalan, Acting P. J., Margett, Damiani, Rabin and Shapiro, JJ., concur.

■ BURGER KING CORPORATION et al., Respondents, v VILLAGE OF LAR-CHMONT et al., Appellants.—Judgment of the Supreme Court, Westchester County, entered June 30, 1975, affirmed, with one bill of costs to plaintiff Venerose. We agree with Special Term that the plaintiffs sustained their burden of proving that the amended zoning ordinance in question is unconstitutional and confiscatory as applied to their property (see *Williams v Town of Oyster Bay,* 32 NY2d 78, 81–82). Cohalan, Acting P. J., Margett, Damiani, Rabin and Shapiro, JJ., concur.